# T I F F A N Y  &  B O S C O
### P.A.
**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant
24-02150-FM-AZ

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Luise Andrea Lucas aka Luanne Lucas | Case No. 2:24-bk-00713-BKM |
| Debtor. | |
| Freedom Mortgage Corporation | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE** |
| Movant, | |
| vs. | |
| Luise Andrea Lucas aka Luanne Lucas, Debtor; Eric M. Haley, Trustee. | RE: Real Property Located at 246 S 90th Pl Mesa, AZ 85208 |
| Respondents. | |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is little to no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

Freedom Mortgage Corporation
c/o Leonard J. McDonald, Esq.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

DATED this 23rd day of September, 2024.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

By: /s/ Leonard J. McDonald #(014228)
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

Copy of the foregoing was
mailed on September 23, 2024, to:

Luise Andrea Lucas aka Luanne Lucas
246 S. 90Th Place
Mesa AZ 85208
Debtor

Thomas Adams McAvity
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Eric M. Haley
PO Box 13390
Scottsdale, AZ 85267
Trustee

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

By: Jesse Ference