**TIFFANY & BOSCO**
P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant

24-02150-FM-AZ

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Luise Andrea Lucas aka Luanne Lucas<br>    Debtor. | Case No. 2:24-bk-00713-BKM |
| Freedom Mortgage Corporation | CERTIFICATE OF SERVICE<br>AND<br>NO OBJECTION |
|    Movant,<br> vs. | |
| Luise Andrea Lucas aka Luanne Lucas, Debtor;<br>Eric M. Haley, Trustee. | |
|    Respondents. | |

I, Leonard J. McDonald, certify:

That on September 23, 2024, I caused to be mailed a copy of the Notice of Filing Motion for Relief from Stay and Requirement to File, along with a copy of Motion for Relief from the Automatic

Stay, and a copy of a proposed Order Lifting Stay, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Luise Andrea Lucas aka Luanne Lucas
246 S. 90Th Place
Mesa AZ 85208
Debtor

Thomas Adams McAvity
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Eric M. Haley
PO Box 13390
Scottsdale, AZ 85267
Trustee

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

and no objection to relief has been received by the affiant

                                    TIFFANY & BOSCO, P.A.

                                    By: /s/ Leonard J. McDonald #(014228)
                                        Leonard J. McDonald
                                        Mark S. Bosco
                                        Seventh Floor Camelback Esplanade II
                                        2525 East Camelback Road
                                        Phoenix, AZ 85016

| | |
|---|---|
| 1 | Copy of the foregoing was |
| 2 | mailed this 11th day of October, 2024. |
| 3 | Luise Andrea Lucas aka Luanne Lucas |
| 4 | 246 S. 90Th Place<br>Mesa AZ 85208 |
| 5 | Debtor |
| 6 | Thomas Adams McAvity |
| 7 | 4131 Main Street<br>Skokie, IL 60076-2780 |
| 8 | Attorney for Debtor |
| 9 | Eric M. Haley<br>PO Box 13390 |
| 10 | Scottsdale, AZ 85267<br>Trustee |


1  Copy of the foregoing was
2  mailed this 11th day of October, 2024.

3  Luise Andrea Lucas aka Luanne Lucas
4  246 S. 90Th Place
   Mesa AZ 85208
5  Debtor

6  Thomas Adams McAvity
   4131 Main Street
7  Skokie, IL  60076-2780
   Attorney for Debtor
8
   Eric M. Haley
9  PO Box 13390
   Scottsdale, AZ  85267
10 Trustee

11
   Office of the U.S. Trustee
12 230 North First Avenue
   Suite 204
13 Phoenix, AZ  85003

14
   By: Jesse Ference
15